# In the United States Court of Federal Claims

No. 19-794C
(Filed: July 1, 2019)
**NOT FOR PUBLICATION**

| | | |
|---|---|---|
| PHILIP A. CARLTON, | ) ) ) | *Pro Se*; Filing Fee; Failure to Prosecute. |
| Pro Se Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER OF DISMISSAL**

Plaintiff, Philip A. Carlton, proceeding *pro se*, filed the instant complaint on May 29, 2019 seeking the court to "enter default" against defendants Chester Water Authority, Barbara A Cummings, Agnes Woebkenberg, and Robert A Judge for $302,000.00. Compl. at 6-7. Although the majority of the complaint is difficult to understand, it is clear that the plaintiff seeks judgment against a water provider in Pennsylvania, the Chester Water Authority, and several individuals that work for the Chester Water Authority.

The plaintiff's complaint was submitted with a $450 check that could not be processed because it was not issued by a banking institution and had no account or routing number. On May 31, 2019 the plaintiff was notified that the attempted payment was unsuccessful, and the plaintiff indicated that he would send a money order. The court has not received a money order from the plaintiff. Because a complaint must be

7017 1450 0000 1346 1710

accompanied by either a $400 filing fee pursuant to Rule 77.1(c) of the Rules of the United States Court of Federal Claims ("RCFC") or an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, and the plaintiff has not submitted either, the court **DISMISSES** the plaintiff's complaint without prejudice for failure to prosecute pursuant to RCFC 41(b) which states "[i]f the plaintiff fails to prosecute or to comply with these rules . . ., the court may dismiss on its own motion[.]" The clerk is directed to dismiss the plaintiff's complaint.

**IT IS SO ORDERED.**

NANCY B. FIRESTONE
Senior Judge